IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60073
Summary Calendar

_____

DRAGOS SPOIALA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
USDC No. A 72-449-629
- - - - - - - - - -
January 13, 1998

Before WIENER, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Dragos Spoiala petitions this court to review the decision of the Board of Immigration Appeals (BIA) denying his application for asylum and withholding of deportation. Spoiala contends that he was denied due process of law during the hearing on the asylum application and that he established a well-founded fear of persecution based on his political and religious views. We have reviewed the record, the BIA's decision, and the briefs and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

determine that the evidence does not compel reversal of the BIA's determination.  <u>Chun v. INS</u>, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.